UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERICK OMOYUMA SILVER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CANDICE KATIE TOWNER,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-00637-RFB-DJA<br><br>**ORDER** |

　　　　Before the Court for consideration is the Report and Recommendation [ECF No. 6] of the Honorable Daniel J. Albregts, United States Magistrate Judge, entered December 12, 2019.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 3, 2020. No objections have been timely filed.[1] The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

---

[1] Plaintiff filed a motion for leave to file an amended complaint on January 6, 2020.

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 6] is ACCEPTED and ADOPTED in full. The Court dismisses Plaintiff's case with prejudice as the Court does not have subject matter jurisdiction over this matter.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Filed an Amended Complaint (ECF No. 8) is DENIED.

The Clerk of the Court is directed to mail a copy of this order to Plaintiff and to close the case.

DATED: April 15, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**